UNITED STATES of America,
Plaintiff and Appellee,

v.

Richard Lynn GRIGGS, Appellant.

No. 71-2329.

United States Court of Appeals,
Ninth Circuit.

Dec. 17, 1971.

Morris Futlick, Fresno, Cal., for appellant.

Dwayne Keyes, U. S. Atty., William R. Allen, Asst. U. S. Atty., Fresno, Cal., for plaintiff-appellee.

Before CHAMBERS, MERRILL and KILKENNY, Circuit Judges.

PER CURIAM:

The judgment of conviction in this selective service case is affirmed.

Griggs took no appeal from his I-A classification. The facts make Lockhart v. United States, 9 Cir., 420 F.2d 1143, applicable.

TRIBUNE PUBLISHING COMPANY,
Petitioner-Appellant,

v.

COMMISSIONER OF INTERNAL REV-
ENUE, Respondent-Appellee.

No. 25201.

United States Court of Appeals,
Ninth Circuit.

Dec. 16, 1971.

Ernest M. Murray (argued), J. H. Gordon, Warren R. Peterson, Thomas L.

Fishburne, of Gordon, Honeywell, Malanca, Peterson & Johnson, Tacoma, Wash., for petitioner-appellant.

Grant W. Wiprud (argued), of Dept. of Justice, Washington, D. C., K. Martin Worthy, Chief Counsel, IRS, Washington, D. C., Johnnie Walters, Asst. Atty. Gen., Tax Div., Dept. of Justice, Washington, D. C., Fred B. Ugast, Acting Asst. Atty. Gen., Meyer Rothwacks, Harry Baum, Daniel B. Rosenbaum, Dept. of Justice, Washington, D. C., for respondent-appellee.

Before MADDEN,[*] Judge, United States Court of Claims, CARTER, Circuit Judge, and POWELL,[**] District Judge.

PER CURIAM:

The decision of the Tax Court is affirmed upon the basis of that Court's opinion: Tribune Publishing Company, Petitioner v. Commissioner of Internal Revenue, Respondent, 52 T.C. 717 (1969).